UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:16-CV-62841 - DPG

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

vs.

CYNTHIA FLYNN and THE PERSONAL
REPRESENTATIVE OF THE ESTATE
OF FRANCIS E. FLYNN,

    Defendant.
_____/

CYNTHIA FLYNN,

    Cross Plaintiff,

vs.

THE PERSONAL REPRESENTATIVE OF THE
ESTATE OF FRANCIS E. FLYNN,

    Cross Defendant.
_____/

## JOINT MOTION FOR SETTLEMENT AND DISTRIBUTION

Christine Golub, as the Personal Representative of the Estate of Francis E. Flynn, by and through her undersigned counsel, files this Joint Motion for Settlement and Distribution and says:

Plaintiff, Metropolitan Life Insurance Company, filed an interpleader action to which the Defendant, Cynthia Flynn, and Defendant, The Personal Representative of the Estate of Francis E. Flynn, responded thereto [DE 21] of on behalf of Cynthia Flynn and [DE 19] on behalf of the Estate of Francis E. Flynn.

Cynthia Flynn also filed a Crossclaim [DE 21] against the Estate of Francis E. Flynn. The Estate of Francis E. Flynn thereafter, filed a Motion to Dismiss the Crossclaim filed by Cynthia Flynn [DE 25],

This Court, on or about June 12, 2017, entered an Order [DE 40] which required:

1. Metropolitan Life Insurance Company to deposit the policy proceeds under Policy No. 952606638PR into the Court Registry;

2. Dismiss Metropolitan Life Insurance Company with prejudice from the action;

3. Declining to exercise supplemental jurisdiction over any claims between Cynthia Flynn, Lisa Flynn, or the Personal Representative of the Estate of Francis E. Flynn;

4. Gave the parties ninety (90) days to file a State Court action to litigate their claims over entitlement to the policy proceeds;

5. Stayed this Federal action and closed this case for administrative purposes only pending court resolution of the entitlement of the policy proceeds;

6. Reserve jurisdiction once the State Court made a determination as to entitlement or if the parties reached a settlement to release the funds from the Court Registry. See [DE 40].

The parties complied with this Court's Order and instituted State Court action regarding the distribution and entitlement to the policy proceeds. The parties have now resolved that State Court action by agreement and, pursuant to the attached Order by the State Court Judge, the State Court adopted the parties' Settlement Agreement as an Order of the Court. A copy of the State Court Order is attached hereto as Exhibit #1.

Respectfully, the parties ask this Court to direct the Clerk of the Court to make the following distributions pursuant to the parties' Settlement Agreement and the State Court Order:

55% of the money held in the Court Registry to be distributed to the Estate of Francis E. Flynn by sending a check made payable to Edward F. Holodak, P.A., Trust Account, and 45% of the money held in the Court Registry to be distributed to Cynthia Flynn by check payable to the Law Offices of Jason Turchin, Trust Account.

**WHEREFORE**, the parties jointly move this Court for an Order requiring the Clerk of the Court to make the distributions pursuant to the parties' Settlement Agreement, thereafter closing this case, and any other relief that this Honorable Court deems just and equitable.

**I HEREBY CERTIFY** that on the 6th day of August, 2018, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day to all parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Edward F. Holodak
EDWARD F. HOLODAK
FL BAR NO. 059234
EDWARD F. HOLODAK, P.A.
7951 SW. 6th St., Suite 210
Plantation, FL 33324
Telephone: (954) 927-3436
pleadings@holodakpa.com

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CYNTHIA FLYNN,

    Plaintiff,

v.

CASE NO.: CACE 17-012112

LISA FLYNN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANCIS E. FLYNN,

    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

**THIS CAUSE** having come to be heard on Christine Golub, as Personal Representative of the Estate of Francis E. Flynn's Motion to Approve Settlement Agreement, the Court considering the agreement of parties, the Court considering the pleadings herein, and the Court being otherwise fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion to Approve Settlement Agreement is hereby **GRANTED**. The parties shall act in accordance with the terms of their Settlement Agreement. This Court retains jurisdiction over the parties and the subject matter herein to enforce the terms of the Settlement Agreement and enter any other further orders just and necessary.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 30th day of July, 2018.

cc: Edward F. Holodak, Esq.
    Jason Turchin, Esq.
    Sara Shafer, Esq.

_____
CIRCUIT COURT JUDGE
SANDRA PERLMAN

JUL 30 2018

A TRUE COPY

Exhibit #1