UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:16-CV-62841-GAYLES

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

vs.

CYNTHIA FLYNN and THE PERSONAL
REPRESENTATIVE OF THE ESTATE
OF FRANCIS E. FLYNN,

    Defendant.
_____/

CYNTHIA FLYNN,

    Cross Plaintiff,

vs.

THE PERSONAL REPRESENTATIVE OF THE
ESTATE OF FRANCIS E. FLYNN,

    Cross Defendant.
_____/

**ORDER ON JOINT MOTION FOR SETTLEMENT AND DISTRIBUTION**

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Settlement and Distribution [ECF No. 43].  The Court has reviewed the Motion and the record and is otherwise fully advised.  Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of the Court is directed to make payment of 55% of the Policy Proceeds that the Clerk currently retains in the Court Registry to the Estate of Francis E. Flynn by check payable to Edward F. Holodak, P.A., Trust Account and mailed to Edward

      F. Holodak, P.A., 7951 SW 6 St., Suite 210, Plantation, FL 33324, and 45% of the Policy Proceeds currently held in the Court Registry to Cynthia Flynn by check payable to Law Offices of Jason Turchin, Trust Account, and mailed to Law Offices of Jason Turchin, 2883 Executive Park Drive, Suite 103-A, Weston, FL 33331.

2. This case is DISMISSED and CLOSED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this Tuesday, August 07, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE